## ERIC J. GREENE *v.* COMMISSIONER OF CORRECTION

The petitioner Eric J. Greene's petition for certification for appeal from the Appellate Court, 131 Conn. App. 820 (AC 31365), is denied.

*Deren Manasevit*, assigned counsel, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided February 10, 2012

## JEREMIAH PEREZ *v.* COMMISSIONER OF CORRECTION

The petitioner Jeremiah Perez' petition for certification for appeal from the Appellate Court, 132 Conn. App. 906 (AC 32159), is denied.

*David B. Rozwaski*, assigned counsel, in support of the petition.

*Adam E. Mattei*, special deputy assistant state's attorney, in opposition.

Decided February 10, 2012